UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-81004-MARRA

JAMES MEARS,

    Plaintiff,

vs.

PRESTO JEWELRY & PAWN, INC.,
FATEMA CHOWDHURY and
MOHAMMED CHOWDHURY,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JAMES MEARS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, PRESTO JEWELRY & PAWN, INC., FATEMA CHOWDHURY and MOHAMMED CHOWDHURY.

Plaintiff and Defendants, PRESTO JEWELRY & PAWN, INC., FATEMA CHOWDHURY and MOHAMMED CHOWDHURY, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.  Plaintiff and Defendant request twenty (20) days within which to file its dismissal documents.

Respectfully submitted this 2nd of September, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 2nd day of September, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com